<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___ONE JET, INC.___

United States Bankruptcy Court for the:___ Western District of ___PA___
(State)

Case number (If known): ___18-24070-GLT___



☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.....................................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...............................................

   $ ___unknown___

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B...............................................

   $unknown

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.........................................

   $ 1,500,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................

   + $ 42,440,114.32

4. **Total liabilities**.........................................................
   Lines 2 + 3a + 3b

   $ 43,940,114.32

**Fill in this information to identify your case and this filing:**

Debtor 1     ONE JET, INC.
_First Name_          _Middle Name_          _Last Name_

Debtor 2
(Spouse, if filing) _First Name_     _Middle Name_     _Last Name_

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number   18-24070-GLT

**FILED**

2018 DEC 13  A 9 54

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____

_____
City          State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City          State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Debtor 1     ONE JET, INC.
_____
             First Name    Middle Name    Last Name

Case number (if known) __18-24070-GLT__

---

1.3. _____
     Street address, if available, or other description

     _____

     _____

     _____  _____  _____
     City                 State  ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..................➔    $_____0.00

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

      ┌─────────────────────────────────┐
      │ new mod. maintenance van,       │
      │ Ford E350                       │
      └─────────────────────────────────┘

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| undetermined | |
| $_____ | $_____ |

If you own or have more than one, describe here:

3.2.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

      ┌─────────────────────────────────┐
      │ new mod. maintenance van,       │
      │ Ford E350 or similar            │
      └─────────────────────────────────┘

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| undetermined | |
| $_____ | $_____ |

---

Debtor 1   ONE JET, INC.
    First Name    Middle Name    Last Name

Case number (if known)  18-24070-GLT

---

3.3.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

---

3.4.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[✓] No
[ ] Yes

4.1.   Make: _____

Model: _____

Year: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2.   Make: _____

Model: _____

Year: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................... → $  unknown

---

| Debtor 1 | ONE JET, INC. | | | Case number *(if known)* 18-24070-GLT |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe.........                                        $_____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe..........                                       $_____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........                                       $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........                                       $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........                                      $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☑ No
    ☐ Yes. Describe..........                                      $_____

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe..........                                      $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........                                      $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. .............                $_____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................... →    $_____0.00

| Debtor 1 | ONE JET, INC. | | | Case number *(if known)* 18-24070-GLT |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................................... Cash: ...................... $_____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes..................... Institution name:

| | |
|---|---|
| 17.1. Checking account: | $_____ |
| 17.2. Checking account: | $_____ |
| 17.3. Savings account: | $_____ |
| 17.4. Savings account: | $_____ |
| 17.5. Certificates of deposit: | $_____ |
| 17.6. Other financial account: | $_____ |
| 17.7. Other financial account: | $_____ |
| 17.8. Other financial account: | $_____ |
| 17.9. Other financial account: | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................    Institution or issuer name:

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them......................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0%____% | $_____ |
| | 0%____% | $_____ |
| | 0%____% | $_____ |

Debtor 1    ONE JET, INC.
_____    Case number (if known) 18-24070-GLT
First Name    Middle Name    Last Name

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific       Issuer name:
   information about
   them......................    _____    $_____
                                 _____    $_____
                                 _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each       Type of account:        Institution name:
   account separately.

                       401(k) or similar plan: _____    $_____

                       Pension plan:          _____    $_____

                       IRA:                   _____    $_____

                       Retirement account:    _____    $_____

                       Keogh:                 _____    $_____

                       Additional account:    _____    $_____

                       Additional account:    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.........................    Institution name or individual:

                       Electric:               _____    $_____

                       Gas:                    _____    $_____

                       Heating oil:            _____    $_____

                       Security deposit on rental unit: _____    $_____

                       Prepaid rent:           _____    $_____

                       Telephone:              _____    $_____

                       Water:                  _____    $_____

                       Rented furniture:       _____    $_____

                       Other:                  _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................    Issuer name and description:

                                 _____    $_____
                                 _____    $_____
                                 _____    $_____

---

Official Form 106A/B               **Schedule A/B: Property**                              page 6

Debtor 1    ONE JET, INC.
_____    Case number *(if known)* 18-24070-GLT
First Name    Middle Name    Last Name

---

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $_____

_____ $_____

_____ $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them.... [_____] $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them.... [_____] $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them.... [_____] $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ..................

| | | |
|---|---|---|
| | Federal: | $_____ |
| | State: | $_____ |
| | Local: | $_____ |

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............

| | | |
|---|---|---|
| | Alimony: | $_____ |
| | Maintenance: | $_____ |
| | Support: | $_____ |
| | Divorce settlement: | $_____ |
| | Property settlement: | $_____ |

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information............. [_____] $_____

---

Debtor 1  ONE JET, INC.
_____   Case number (if known) 18-24070-GLT
First Name   Middle Name   Last Name

---

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................   $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................   $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............   $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................➔   $ 0.00

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......   $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe........   airport check in computers and related equipment   $ unknown

---

| Debtor 1 | ONE JET, INC. | | | Case number (if known) 18-24070-GLT |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ☑ Yes. Describe......

2 airstairs (PIT and IND), 4 jetbridge adaptors (PIT, ALB, MCI, BUF)          $ _____ unknown

towbar, aislechair, 2 Hobart Powercarts (#202PS06588, 496PS01778), Taylor Dunn Tug (IND) (121181)

41. **Inventory**
- ☑ No
- ☐ Yes. Describe......          $ _____

42. **Interests in partnerships or joint ventures**
- ☑ No
- ☐ Yes. Describe......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____% | $ _____ |
| _____ | _____% | $ _____ |
| _____ | _____% | $ _____ |

43. **Customer lists, mailing lists, or other compilations**
- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    - ☐ No
    - ☐ Yes. Describe........          $ _____

44. **Any business-related property you did not already list**
- ☐ No
- ☑ Yes. Give specific information .........

| | Current value of the portion you own? |
|---|---|
| Patent - No. 8,452,625 | $ _____ unknown |
| One Jet Trademark - No. 86342936 | $ _____ unknown |
| Patent - No. 8,589,193 | $ _____ unknown |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................. →          $ _____ unknown

## Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
- ☐ No
- ☐ Yes .....................          $ _____

Debtor 1    ONE JET, INC.

First Name    Middle Name    Last Name

Case number *(if known)*  18-24070-GLT

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information. ............

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes ......................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes ......................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information. ............

$_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ................................................................................. →

$_____0.00

---

### Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information. ............

$_____
$_____
$_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ................................. →

$_____0.00

---

### Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................ →     $_____0.00

56. Part 2: Total vehicles, line 5                                          $____unknown

57. Part 3: Total personal and household items, line 15                    $_____0.00

58. Part 4: Total financial assets, line 36                                $_____0.00

59. Part 5: Total business-related property, line 45                       $____unknown

60. Part 6: Total farm- and fishing-related property, line 52              $_____0.00

61. Part 7: Total other property not listed, line 54                     + $_____0.00

62. **Total personal property.** Add lines 56 through 61. ...................    $___unknown    Copy personal property total → + $___unknown

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................................    $___unknown

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | ONE JET, INC. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 18-24070-GLT
(if known)

**FILED**

2018 DEC 13  A 9: 54

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

   NONE

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: _____ <br> Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

| Debtor 1 | ONE JET, INC. | | | Case number *(if known)* 18-24070-GLT |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 2 of __

**Fill in this information to identify the case:**

Debtor name ONE JET, INC.

United States Bankruptcy Court for the: _____ Western District of PA
                                                              (State)

Case number (If known) 18-24070-GLT

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Redevelopment Auth. of Allegh. Co.

Creditor's mailing address
1 Chatham Square
1 Pittsburgh, PA 15219

Creditor's email address, if known
_____

Date debt was incurred      2016
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
Patents and trademark.                    $ 1,500,000      $ unknown

Describe the lien
IP Security Agreement

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
_____            $ _____      $ _____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 1,500,000

**Fill in this information to identify the case:**

Debtor name ___ONE JET, INC.___

United States Bankruptcy Court for the: ___Western___ District of ___PA___
(State)

Case number (If known): ___18-24070-GLT___

FILED

☐ Check if this is an
amended filing

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1** Creditor's name
___Redevelopment Auth. of Allegh. Co.___

Creditor's mailing address
___1 Chatham Square___
___1 Pittsburgh, PA 15219___

Creditor's email address, if known
_____

Date debt was incurred ___2016___

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor,
and its relative priority.
_____

Describe debtor's property that is subject to a lien
___Patents and trademark.___   $ ___1,500,000___    $ ___unknown___

Describe the lien ___IP Security Agreement___

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative
priority?
   ☐ No. Specify each creditor, including this
   creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is
   specified on lines

Describe debtor's property that is subject to a lien
_____   $ _____   $ _____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.                                                                                  $ ___1,500,000___

| Fill in this information to identify the case: |
| --- |

**Debtor** ONE JET, INC.

**United States Bankruptcy Court for the:** WESTERN _____ District of Pennsylvania
(State)

**Case number** 18-24070-GLT
(If known)

**FILED**

2018 DEC 13 A 9:50

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____     Priority amount $_____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____     $_____

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____     $_____

Debtor    ONE JET, INC.
_____
Name

Case number *(if known)*   18-24070-GLT

---

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| *Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.* | | |

**2.___**   **Priority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____

Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.___**   **Priority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____

Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.___**   **Priority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____

Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.___**   **Priority creditor's name and mailing address**

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____

Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor _____ONE JET, INC._____     Case number (if known)____18-24070-GLT____
        Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1
**Nonpriority creditor's name and mailing address**

3P Enterprises

Unit 5, Plot 8, Forest Of Dean Business Estate

Stepbridge Rd, Coleford GL16 8PJ, United Kingdom

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  575.40

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**

7th Street Properties, LP

1207 5Th Avenue

Pittsburgh PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  150,000.00

**Basis for the claim:** Loan

**Date or dates debt was incurred** 2/7/2018

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**

Airline Managers Council

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  400.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**

Airline Tariff Publishing Co.
45005 Aviation Drive
Washington Dulles International Airport
Dulles, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  5,064.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**

Airline Transport Services

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  2,385.00

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**

Airlines Reporting Corporation

3000 Wilson Boulevard, Suite 300
Arlington, VA 22201-3862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  10,770.08

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___ONE JET, INC._____   Case number (if known) ___18-24070-GLT_____
        Name

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

Airport Terminal Services
940 Westport Plaza, Suite 101
Saint Louise, MO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: __Trade Payable__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,398.13

---

**3.8** Nonpriority creditor's name and mailing address

AirSure Limited - IPFS
5601 Granite Parkway, #860
Plano, TX 75024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 13,595.85

---

**3.9** Nonpriority creditor's name and mailing address

Albany International Airport – PFC
737 Albany Shaker Road
Albany, NY 12211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 21,189.80

---

**3.10** Nonpriority creditor's name and mailing address

Allegheny County Airport Authority
12 Allegheny County Airport
West Mifflin, PA 15122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Payable__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,145.88

---

**3.11** Nonpriority creditor's name and mailing address

Allegheny Financial
Stone Quarry Crossing
811 Camp Horne Road, Suite 100
Pittsburgh, PA 15237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ $150,000.00

---

Debtor    ONE JET, INC.
           _____
           Name

                                                                Case number (if known)    18-24070-GLT
                                                                                          _____

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** Nonpriority creditor's name and mailing address

Allegheny Safe and Lock
3020 Unionville Road, Suite 101
Cranberry Township, PA 16066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  1,034.93

---

**3.13** Nonpriority creditor's name and mailing address

AMDP Group
1601 East Carson Street
Pittsburgh PA 15203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.14** Nonpriority creditor's name and mailing address

American Airlines

4333 Amon Carter Boulevard

Fort Worth, TX 76155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  100,197.80

---

**3.15** Nonpriority creditor's name and mailing address

Anvry Solutions LLC
2401 Carlisle Avenue
Colleyville, TX 76034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  47,970.21

---

**3.16** Nonpriority creditor's name and mailing address

ARINC Engineering Services, LLC
2551 Riva Road
Annapolis, MD 21401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  1,341.67

---

Debtor    ONE JET, INC.
_____
          Name                                          Case number *(if known)*    18-24070-GLT
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address

Aroesty, Eric

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

Date or dates debt was incurred    2/10/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150,000.00
$ _____

---

**3.18** Nonpriority creditor's name and mailing address

Atlantic Aviation
300 Horizon Drive
Moon, PA 15108

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 14,493.86
$ _____

---

**3.19** Nonpriority creditor's name and mailing address

Atlantic Aviation – Teterboro
233 Industrial Avenue
Teterboro, NJ 07608

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 2,014.20

---

**3.20** Nonpriority creditor's name and mailing address

Auray, Jr., Robert & Marion
610 Berkshire Drive
Pittsburgh, PA 15215

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    01/12/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 75,000.00

---

**3.21** Nonpriority creditor's name and mailing address

Austin, Clemont
3700 Drexel Drive
Erie, PA 16506

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150,000.00

---

Debtor     ONE JET, INC.                                        Case number (if known)    18-24070-GLT
             Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Aviation Exteriors Louisiana, Inc.
1218 Hangar Drive
New Iberia, LA 70560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred     2/10/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 64,655.00

---

**3.23** Nonpriority creditor's name and mailing address

Bacome, Edward

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred     4/16/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.24** Nonpriority creditor's name and mailing address

Baierl, Lee
10430 Perry Highway
Wexford, PA 15090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred     07/06/2017
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.25** Nonpriority creditor's name and mailing address

Barry C Smith LLC
6286 Willowgate
Dallas, TX 75230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred     01/12/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,512.50

---

**3.26** Nonpriority creditor's name and mailing address

Barton, Dick K

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred     06/08/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

| Debtor | ONE JET, INC. | Case number *(if known)* | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27** Nonpriority creditor's name and mailing address

Bates, Justin

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**$ 150,000.00**

Basis for the claim:  Loan

Date or dates debt was incurred    06/08/2018

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.28** Nonpriority creditor's name and mailing address

BCD Travel USA LLC
Foster Plaza 10
680 Anderson Drive
Pittsburgh, PA 15220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 66,200.20**

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.29** Nonpriority creditor's name and mailing address

Benter, William
223 4th Avenue
Pittsburgh, PA 15222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 150,000.00**

Basis for the claim:  Loan

Date or dates debt was incurred    12/06/2017

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.30** Nonpriority creditor's name and mailing address

Berglund, Rich
444 Dorseyville Road
Pittsburgh, PA 15215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 150,000.00**

Basis for the claim:  Loan

Date or dates debt was incurred    04/23/2018

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.31** Nonpriority creditor's name and mailing address

Bittel, Kirk

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 150,000.00**

Basis for the claim:  Loan

Date or dates debt was incurred    11/20/2017

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | ONE JET, INC. | Case number *(if known)* | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Bittel, Kirk

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

Date or dates debt was incurred  11/20/2017

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.33** Nonpriority creditor's name and mailing address

Blair Oak Investments, LP
C/O Thomas D. Wright, Jr.,
1121 Boyce Road, Suite 400
Pittsburgh, PA  15241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  12/19/2017

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.34** Nonpriority creditor's name and mailing address

Bognar, Edward

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  02/23/2017

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.35** Nonpriority creditor's name and mailing address

Bohutisnky, Andrew

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  02/01/2018

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 300,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Bojalad, Joey

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor    ONE JET, INC.
_____
Name

Case number (if known)    18-24070-GLT
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Boomtown CIO
128 S. Tryon Street, #800
Charlotte, NC 28202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Trade Payable

$ 30,066.03

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Box Graphics Inc
223 W. 19th Street
New York, NY 10011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

$ 3,331.58

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Bradley International Airport - PFC
Schoephoester Road
Windsor Locks, CT 06096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

$ 28,761.69

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Bradley, James

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

$ 150,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Bradley, James

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

$ 75,000.00

Date or dates debt was incurred    7/19/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | ONE JET, INC. | Case number *(if known)* | 18-24070-GLT |
|--------|---------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address

Bravo Passenger Solutions, Pte, Ltd.
Khwang Khlongton Nuea,
Khet Watthana, Bangkok 10110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Payable

$ 20,237.53

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Brown, James J.
36 Newgate Road
Pittsburgh, PA 15202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred 3/14/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Buffalo Niagara International Airport - PFC
4200 Genessee Street
Buffalo, NY 14225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 16,394.58

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Buterbaugh, Glenn

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

California Franchise Tax Board
P.O. Box 942840
Sacremento, CA 94240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,045.27

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    ONE JET, INC.
_____
Name

Case number (if known)    18-24070-GLT

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.47** Nonpriority creditor's name and mailing address

Campell, James and Debbie

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 150,000.00

Basis for the claim: Loan

Date or dates debt was incurred    02/27/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Capital Region Airport – RIC
1 Richard E. Byrd Terminal Drive
Richmond, VA 23250

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,135.04

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Centerport, Inc.
1301 Perimeter Road
West Palm Beach, FL 33406

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 325.00

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

CFM/Contour
808 Blue Angel Way
Smyrna, TN 37167

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 975,123.12

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Childrens' Hospital of Pittsburgh -UPMC

4401 Penn Avenue

Pittsburgh, PA 15224

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000.00

Basis for the claim: Loan

Date or dates debt was incurred    5/14/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | ONE JET, INC. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.52** Nonpriority creditor's name and mailing address

Chip Ganassi Racing Teams, LLC
Scott Mays
7777 Woodland Drive

Indianapolis, IN  46278

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ _____150,000.00

Basis for the claim:  Loan

Date or dates debt was incurred     05/22/2018

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.53** Nonpriority creditor's name and mailing address

Cincinnati/Northern Kentucky
International Airport -PFC
3087 Terminal Drive
Hebron, KY 41048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____10,258.98

Basis for the claim:   Trade Payable

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.54** Nonpriority creditor's name and mailing address

Cindrich, Ronald

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____150,000.00

Basis for the claim:  Loan

Date or dates debt was incurred     4/12/2018

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.55** Nonpriority creditor's name and mailing address

City of Kansas City,
Missouri Aviation Department
601 Brasilia Avenue
Kansas City, MO 64153

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____118,873.22

Basis for the claim:   Trade Payable

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.56** Nonpriority creditor's name and mailing address

Clariot New Albany, LLC
Andrew Bohutinsky
7795 Walton Parkway

New Albany, OH 43054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____300,000.00

Basis for the claim:  Loan

Date or dates debt was incurred     2/1/2018

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor      ONE JET, INC.
            _____      Case number (*if known*)  18-24070-GLT
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Columbus Regional Airport Authority
4600 International Gateway
Columbus, OH 43219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 30,385.76

---

**3.58** Nonpriority creditor's name and mailing address

Connecticut Airport Authority
Bradley International Airport
Terminal A, 3rd Floor, Administrative Offices
Windsor Locks, CT 06096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 67,977.28

---

**3.59** Nonpriority creditor's name and mailing address

Constantakis, Nicholas P. & Veronica J.
4660 Vitullo Drive
Allison Park, PA  15101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   12/4/17

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.60** Nonpriority creditor's name and mailing address

Nick Constantakis
4660 Vitullo Drive
Allison Park, PA 15101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 296.00

---

**3.61** Nonpriority creditor's name and mailing address

Conzelman Consulting Inc.
1001 Warrenville Road, Suite 500
Lisle, IL 60532

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 46,113.86

---

| Debtor | ONE JET, INC. | | Case number *(if known)* 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62**

**Nonpriority creditor's name and mailing address**

CRAA - Parking
4600 International Gateway
Columbus, OH 43219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,118.31

---

**3.63**

**Nonpriority creditor's name and mailing address**

Crawford, Randall

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred 05/02/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 175,000.00

---

**3.64**

**Nonpriority creditor's name and mailing address**

CSC Leasing Company
6806 Paragon Place #170
Richmond, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,398.00

---

**3.65**

**Nonpriority creditor's name and mailing address**

CSK Advertising
P.O. Box 211
323 South Main Street
Zelienople, PA 16063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 49,926.08

---

**3.66**

**Nonpriority creditor's name and mailing address**

CV Investments LLC
400 Berwyn N Park Suite 115
899 Cassatt Road
Berwyn, PA 19312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred 12/6/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 250,000.00

---

| Debtor | ONE JET, INC. | |
|---|---|---|
| | Name | |
| | | Case number (if known) __18-24070-GLT__ |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Dalessandro, Douglas

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Davenport, Nancy
707 Hickroy Road
Naples, FL 34108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

David Tesone Group, Inc.
151 W FOURTH AVENUE
TARENTUM PA 15084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred   05/29/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Dearth, Randal

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred   06/14/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

Deas, Brian
Seabrook, Lucile

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred   11/12/2017

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    ONE JET, INC.
_____
Name

Case number (if known)    18-24070-GLT
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.72** Nonpriority creditor's name and mailing address

Del Metro, Inc.
108 Cavasina Drive,
Canonsburg PA 15317
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Loan

Date or dates debt was incurred    03/27/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    100,000.00

---

**3.73** Nonpriority creditor's name and mailing address

DeLucia, Robert
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    03/26/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    75,000.00

---

**3.74** Nonpriority creditor's name and mailing address

Denove, Robert
One PPG Place
Pittsburgh, PA 15222
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    04/18/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    75,000.00

---

**3.75** Nonpriority creditor's name and mailing address

Diehl, Corina
258 Pittsburgh Road
Butler, PA 16001
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    04/01/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

**3.76** Nonpriority creditor's name and mailing address

Eber, Bill
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    07/10/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

Debtor      ONE JET, INC.
_____
Name

Case number (if known) __18-24070-GLT__

---

**Part 2:**    **Additional Page**

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

| 3.77 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.77** Nonpriority creditor's name and mailing address

Eddy, Karen & Eddy

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred    06/04/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.78** Nonpriority creditor's name and mailing address

Einhorn, Steven & Nancy
8205 N. River Road
Milwaukee, WI 53217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    07/17/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 50,000.00

---

**3.79** Nonpriority creditor's name and mailing address

Eldridge, David

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.80** Nonpriority creditor's name and mailing address

Epic Aviation, LLC
15 Allegheny County Airport
West Mifflin, PA 15122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 34.68

---

**3.81** Nonpriority creditor's name and mailing address

Finn, James

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    11/16/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

ONE JET, INC.

Debtor _____    Case number (if known) 18-24070-GLT
        Name

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.82** Nonpriority creditor's name and mailing address

Finn, John

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Loan

Date or dates debt was incurred    11/16/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

**3.83** Nonpriority creditor's name and mailing address

Finn, Michael

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    11/16/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

**3.84** Nonpriority creditor's name and mailing address

First Light

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    1,830.00

---

**3.85** Nonpriority creditor's name and mailing address

Flight Services & Systems, Inc.
5005 Rockside Road, #940
Cleveland, OH 44131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    16,150.09

---

**3.86** Nonpriority creditor's name and mailing address

FlightHawk, LLC
Stonewood Capital Management, Inc.,
209 4th Avenue
Pittsburgh, PA  15222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Date or dates debt was incurred    04/10/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page __ of ___

Debtor   ONE JET, INC.
_____
Name

Case number (if known)   18-24070-GLT
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** Nonpriority creditor's name and mailing address

Forum Manufacturing, Inc.
77 Brown Street
Milford Center, OH 43045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,062.51

---

**3.88** Nonpriority creditor's name and mailing address

Foster, Clarence

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.89** Nonpriority creditor's name and mailing address

Foster, Tracy

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   06/23/2017

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 75,000.00

---

**3.90** Nonpriority creditor's name and mailing address

Frankhauser, Philip

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   03/15/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 300,000.00

---

**3.91** Nonpriority creditor's name and mailing address

Fraport AG
Frankfurt Airport
60547 Frankfurt/Main
Germany

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 500.00

---

Debtor  ONE JET, INC.
_____
Name

Case number (if known)___18-24070-GLT___

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.92** Nonpriority creditor's name and mailing address

French Club Aviation Group
470 Streets Run Road
Pittsburgh PA 15236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Loan

Date or dates debt was incurred    10/13/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    1,350,000.00

---

**3.93** Nonpriority creditor's name and mailing address

Frichtel, Mark

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred    04/30/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

**3.94** Nonpriority creditor's name and mailing address

G2 Secure Staff, LLC
400 E. Las Colinas Boulevard, Suite 750
Irving TX 75039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    5,699.00

---

**3.95** Nonpriority creditor's name and mailing address

Gardner Construction
2740 Highway 276 #100-04
Rockwall, TX 75032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    4,968.00

---

**3.96** Nonpriority creditor's name and mailing address

Gardner, Inc

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred    11/16/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

| Debtor | ONE JET, INC. | |
|---|---|---|
| | Name | Case number *(if known)*    18-24070-GLT |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 23,992.16 |
|---|---|---|---|

Garofalo, Goerlich, Hainbach PC
1200 New Hampshire Avenue NW
Washington, DC 20036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 135,159.95 |
|---|---|---|---|

General Mitchell International Airport
5300 S. Howell Avenue
Milwaukee, WI 53207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 21,180.95 |
|---|---|---|---|

General Mitchell International Airport - PFC
5300 Howell Avenue
Milwaukee, WI 53207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 181.50 |
|---|---|---|---|

Global Aviation
540 East 56 Highway
Olathe, KS 66061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 137,119.52 |
|---|---|---|---|

Greenberg Traurig, P.A.
MetLife Building
200 Park Avenue
New York, NY 10166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  ONE JET, INC
_____
        Name

Case number (if known)  18-24070-GLT
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.102** Nonpriority creditor's name and mailing address

Gregory, Troy
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Loan

Date or dates debt was incurred    1/10/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.103** Nonpriority creditor's name and mailing address

Gross, David
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 36,211.04

---

**3.104** Nonpriority creditor's name and mailing address

Gruelle, Matteo
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.105** Nonpriority creditor's name and mailing address

Hammel, Charles
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.106** Nonpriority creditor's name and mailing address

Hannah, Howard
119 Gamma Drive
Pittsburgh, PA 15238
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred    04/02/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

ONE JET, INC.

Debtor _____
         Name

Case number (if known)  18-24070-GLT

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107** Nonpriority creditor's name and mailing address

Hanynes, Brandon J.
610 Ciderberry Drive
Wexford, PA  15090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Loan

Date or dates debt was incurred   03/14/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$   150,000.00

---

**3.108** Nonpriority creditor's name and mailing address

HBK Sorce Financial LLC
15942 CONNEAUT LAKE RD
MEADVILLE, PA 16335

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   12/6/2017

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$   150,000.00

---

**3.109** Nonpriority creditor's name and mailing address

Heinz, Christopher

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   12/15/2017

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$   150,000.00

---

**3.110** Nonpriority creditor's name and mailing address

Hellmann, Daniel

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$   _____

---

**3.111** Nonpriority creditor's name and mailing address

Hickory Hill Partners, LP
310 FAIRHILL ROAD
WYNNEWOOD, PA 19096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   06/13/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$   150,000.00

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page __ of __

Debtor    ONE JET, INC.

Name

Case number (if known)    18-24070-GLT

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.112 Nonpriority creditor's name and mailing address**

Holzer, Sy

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____ 75,000.00

---

**3.113 Nonpriority creditor's name and mailing address**

Hornstein Law Offices

20335 Ventura Boulevard

Woodland Hills, CA 91364

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 163.03

---

**3.114 Nonpriority creditor's name and mailing address**

Hunt, William

5300 Wilkins Avenue

Pittsburgh, PA 15217

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    03/15/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150,000.00

---

**3.115 Nonpriority creditor's name and mailing address**

Huntleigh Corporation

Newark Liberty International Airport

10 Toler Place

Newark, NJ 07114

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 760.00

---

**3.116 Nonpriority creditor's name and mailing address**

Imbriglia, Joseph

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    07/17/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 75,000.00

---

| | |
|---|---|
| Debtor | ONE JET, INC. |
| | Name |

Case number (if known)    18-24070-GLT

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117** Nonpriority creditor's name and mailing address

Imbriglia, Joseph

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Loan

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    150,000.00

---

**3.118** Nonpriority creditor's name and mailing address

Indianapolis International Airport
7800 Col. H. Weir Cook Memorial Drive
Indianapolis, IN 46241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    31,644.26

---

**3.119** Nonpriority creditor's name and mailing address

Indianapolis International Airport –PFC
7800 Col. H. Weir Cook Memorial Drive
Indianapolis, IN 46241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    23,032.23

---

**3.120** Nonpriority creditor's name and mailing address

Infare
Borgergade 14, 1300
Kobenhavn, Denmark

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    12,000.00

---

**3.121** Nonpriority creditor's name and mailing address

Intech Aerospace
4750 World Houston Parkway #100
Houston, TX 77032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    100,239.81

---

Debtor   ONE JET, INC.
_____
Name

Case number (if known)   18-24070-GLT
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.122** Nonpriority creditor's name and mailing address

Integrated Deicing Services, LLC
1670 Dolwick Drive, Suite 1
Erlanger, KY 41018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

$ 7,262.00

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

James A Rudolph Family LP NO 2
McKnight Capital Partners
310 Grant Street, Suite 2500
Pittsburgh, PA 15219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Date or dates debt was incurred   05/29/2018
Last 4 digits of account number   __ __ __ __

$ 150,000.00

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

JCDecaux Airport, Inc
3 Park Avenue, Room 201
New York, NY 10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

$ 5,894.74

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

Jessen, Christopher

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

$ 45,114.43

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

Jett Pro Line Maintenance
846 Carriage Road
Pittsburgh, PA 15220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

$ 207.90

Is the claim subject to offset?
☐ No
☐ Yes

---

ONE JET, INC.

Debtor _____    Case number *(if known)* ____18-24070-GLT____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.127** Nonpriority creditor's name and mailing address

Jewett, Lee

As of the petition filing date, the claim is:    $ 150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred    12/18/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

John Glenn Columbus International Airport - PFC
4600 International Gateway
Columbus, OH 43219

As of the petition filing date, the claim is:    $ 2,575.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

Johnson, Andy

As of the petition filing date, the claim is:    $ 150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    12/12/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

Johnson, Andy

As of the petition filing date, the claim is:    $ 300,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    12/12/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

Johnson, Andy

As of the petition filing date, the claim is:    $ 150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    03/06/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | ONE JET, INC. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.132** Nonpriority creditor's name and mailing address

Johnson, James

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred    12/4/2017

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

Johnson, James & Matt (TIC)
Russel Standard Corp.,
285 Kappa Drive, Suite 300
Pittsburgh, PA  15238

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

Jon's Locks Inc.
354 Samuel Gorton Avenue
Warwick, RI 02889

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Payable

$ 196.96

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

Jordan, Gregory

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred    08/29/2017

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

Jordan, Gregory
5362 Wolf Road
Erie, PA 16506

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

$ 150,000.00

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor    ONE JET, INC.
_____    Case number (if known) ___18-24070-GLT___
Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.137 Nonpriority creditor's name and mailing address

Keenan Technical Industries Inc
P.O. Box 1101
Southwick, MA 01077

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  2,933.44

### 3.138 Nonpriority creditor's name and mailing address

Kern, Scott

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    02/23/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  150,000.00

### 3.139 Nonpriority creditor's name and mailing address

Kern, Scott

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  150,000.00

### 3.140 Nonpriority creditor's name and mailing address

Khan, Khan
840 OSAGE ROAD
PITTSBURGH, PA 15243

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    06/16/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  150,000.00

### 3.141 Nonpriority creditor's name and mailing address

Kimmich, Karl
5636 N. Montour Road
Gibsonia, PA  15044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred    04/02/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$  150,000.00

ONE JET, INC.

Debtor _____    Case number (if known) __18-24070-GLT__
Name

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ |
|---|---|---|---|
| | Kolocouris, Dean | ☐ Contingent ☐ Unliquidated ☐ Disputed ☐ Liquidated and neither contingent nor disputed | |

Basis for the claim: Loan

Date or dates debt was incurred _____
Is the claim subject to offset? ☐ No ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 150,000.00 |
|---|---|---|---|
| | Kowcheck, David | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Basis for the claim: Loan

Date or dates debt was incurred    12/6/2017
Is the claim subject to offset? ☐ No ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 388.00 |
|---|---|---|---|
| | Krieg Devault One Indiana Square, Suite 2800 Indianapolis, IN 46204 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Basis for the claim: Trade Payable

Date or dates debt was incurred _____
Is the claim subject to offset? ☐ No ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 150,000.00 |
|---|---|---|---|
| | Kronk, Keith One North Shore Center 12 Federal Street Pittsburgh, PA 15212 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Basis for the claim: Loan

Date or dates debt was incurred    04/05/2018
Is the claim subject to offset? ☐ No ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 150,000.00 |
|---|---|---|---|
| | Kuhn, Jonathan 2843 Indian Spring Lane Allison Park, PA 15101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |

Basis for the claim: Loan

Date or dates debt was incurred    03/14/2018
Is the claim subject to offset? ☐ No ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

ONE JET, INC.

Debtor _____

Name

Case number (if known) ___18-24070-GLT___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.147** Nonpriority creditor's name and mailing address
Kumer, Jeff

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.148** Nonpriority creditor's name and mailing address
L&S Investments, LLC
1921 Glenwold Drive
Paoli, PA 19301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred 12/15/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 200,000.00

---

**3.149** Nonpriority creditor's name and mailing address
Lachina, Leonard

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 75,000.00

---

**3.150** Nonpriority creditor's name and mailing address
Lambert, William

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred 12/6/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.151** Nonpriority creditor's name and mailing address
Lansing Flight Support, Inc.
72 Sicker Road
Latham, NY 12110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,895.30

---

ONE JET, INC.
18-24070-GLT

Debtor _____    Case number (if known) _____

Name

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152** Nonpriority creditor's name and mailing address

Leonello, Joe

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.153** Nonpriority creditor's name and mailing address

Lewis and Sichi Holdings LLC
254 OAK ENTRANCE DRIVE
JEFFERSON HILLS, PA 15025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 300,000.00

Date or dates debt was incurred    12/15/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.154** Nonpriority creditor's name and mailing address

Lewis, Michael
5043 Atla Vista Drive
Clairton, PA  15025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 350,000.00

Date or dates debt was incurred    06/15/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.155** Nonpriority creditor's name and mailing address

Lewis, Michael
5043 Atla Vista Drive
Clairton, PA  15025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 300,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address

Lignelli, Greg

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred    01/10/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor __ONE JET, INC._____  Case number (if known) __18-24070-GLT__
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.157** Nonpriority creditor's name and mailing address
Lignelli, Jeffry

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred   01/10/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address
Liken, James
5 Deer Spring Lane
Pittsburgh, PA 15238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred   12/04/2017
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address
Loftus, Bridget K and Paul K

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred   03/07/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address
Long, Shawn

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 150,000.00

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.161** Nonpriority creditor's name and mailing address
Louisville International Airport – PFC
600 Terminal Drive
Louisville, KY 40209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 4,883.48

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | ONE JET, INC. | Case number (if known) | 18-24070-GLT |
|--------|---------------|------------------------|--------------|
|        | Name          |                        |              |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.162** Nonpriority creditor's name and mailing address

Louisville Regional Airport Authority
600 Terminal Drive
Louisville, KY 40209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 90,866.20

Basis for the claim:   Trade Payable

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

Lucas Systems, Inc.
Rick Brown
11279 Perry Highway, Suite 400
Wexford, PA 15090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

Basis for the claim:   Loan

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

Lucas, Chris

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

Basis for the claim:   Loan

Date or dates debt was incurred   05/01/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address

Lynch, John

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

Basis for the claim:   Loan

Date or dates debt was incurred   03/27/2018
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

Malone, David
251 TIMOTHY ROAD
GIBSONIA, PA 15044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

Basis for the claim:   Loan

Date or dates debt was incurred   05/11/2017
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

ONE JET, INC.

Debtor _____
Name

Case number (if known)    18-24070-GLT

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.167**  Nonpriority creditor's name and mailing address

Malone, David

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150,000.00

---

**3.168**  Nonpriority creditor's name and mailing address

Manchester Cable Installation Co., Inc.
647 Wheeler Street
Tonawanda, NY 14150

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 2,064.08

---

**3.169**  Nonpriority creditor's name and mailing address

Manley, Theodore

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  12/12/2017
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150,000.00

---

**3.170**  Nonpriority creditor's name and mailing address

Mansfield Oil Company
820 Gessner Road
Houston, TX 77024

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 855.96

---

**3.171**  Nonpriority creditor's name and mailing address

Matter, David & Charles Bunch
201 McClean Place
Pittsburgh, PA 15217

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  05/30/2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150,000.00

---

| Debtor | ONE JET, INC. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.172** Nonpriority creditor's name and mailing address

Maureva, LTD
3rd Floor Orange Tower, 72201
Ebene Cybercity, Mauritius

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Payable

$ 19,450.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.173** Nonpriority creditor's name and mailing address

McCurdy, David

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

$ 150,000.00

Date or dates debt was incurred   12/12/2017

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

McDaniel, Matthew

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

$ 7,050.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

MCI PFC
22001 Loudoun County Parkway
Ashburn, VA 20147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

$ 7,395.94

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

Menzies Aviation
550 Tower Road
Fuel Facility Building
Pittsburgh, PA 15231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

$ 55.96

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | ONE JET, INC. | | Case number *(if known)* | 18-24070-GLT |
|--------|---------------|--|--------------------------|--------------|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|--|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177** Nonpriority creditor's name and mailing address

Midwest Motor Supply
4800 Roberts Road
Columbus, OH 43228

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan

Date or dates debt was incurred  12/12/2017
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.178** Nonpriority creditor's name and mailing address

Million Air
7555 Ipswich Road
Houston, TX 77061

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,580.33

---

**3.179** Nonpriority creditor's name and mailing address

Million Air – Richmond
400 Portugee Road
Richmond, VA 23250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,822.00

---

**3.180** Nonpriority creditor's name and mailing address

MIS Choice, Inc.
300 N. Martingdale Road, #250
Schaumburg, IL 60173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 19,856.18

---

**3.181** Nonpriority creditor's name and mailing address

Morehouse, David
97 PINK HOUSE LANE
SEWICKLEY, PA 15143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  05/16/2017
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

ONE JET, INC.

Debtor _____    Case number *(if known)* 18-24070-GLT
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** Nonpriority creditor's name and mailing address

Nahra, Mitchell
9500 Mentor Ave.
Mentor, OH 44060

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred    12/15/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 100,000.00

---

**3.183** Nonpriority creditor's name and mailing address

Nashville International Airport
1 Terminal Drive
Nashville, TN 37214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,991.05

---

**3.184** Nonpriority creditor's name and mailing address

Nashville International Airport - PFC
1 Terminal Drive
Nashville, TN 37214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,514.53

---

**3.185** Nonpriority creditor's name and mailing address

National Registered Agents Inc
100 Canal Pointe Boulevard
Princeton, NJ 08540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,414.33

---

**3.186** Nonpriority creditor's name and mailing address

Niagara Frontier Transportation Authority
901 Fuhrmann Boulevard #2
Buffalo, NY 14203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 27,880.99

---

ONE JET, INC.

Debtor _____
Name

Case number (if known) ____18-24070-GLT____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.187** Nonpriority creditor's name and mailing address

North Star Travel Media
100 Lighting Way
Secaucus, NJ 07094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 3,000.00

Basis for the claim: Trade Payable

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

Ocean State Aviation
2000 Post Road, T.F.
Green Airport
Warwick, RI 02886

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,988.28

Basis for the claim: Trade Payable

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.189** Nonpriority creditor's name and mailing address

Omaha Airport – PFC
4501 Abbott Drive
Omaha, NE 68110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.66

Basis for the claim: Trade Payable

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address

Omaha Airport Authority
4501 Abbott Drive, #2300
Omaha, NE 68110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,771.38

Basis for the claim: Trade Payable

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address

Palm Beach County Department Of Airports
846 Palm Beach International Airport
West Palm Beach, FL 33406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,144.23

Basis for the claim: Trade Payable

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  ONE JET, INC.
        _____
        Name

Case number (if known)  18-24070-GLT
                        _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192**

Nonpriority creditor's name and mailing address

Palm Beach International Airport - PFC
1000 James L. Turnage Boulevard
West Palm Beach, FL 33415
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 2,968.27

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.193**

Nonpriority creditor's name and mailing address

Paul, John & Charles Bunch
4401 Penn Avenue
Pittsburgh, PA 15224
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____150,000.00

Basis for the claim:  Loan

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.194**

Nonpriority creditor's name and mailing address

Pennsylvania, Community Economic Development
400 North Street, 4th Floor
Harrisburg, PA 17120
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ $415,286.00

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.195**

Nonpriority creditor's name and mailing address

Pennsylvania Trolley Museum
1 Museum Road
Washington, PA 15301
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____5,000.00

Basis for the claim:  Trade Payable

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.196**

Nonpriority creditor's name and mailing address

Pietrandrea, Robert
2540 Longmont Drive
Wexford, PA 15090
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____150,000.00

Basis for the claim:  Loan

Date or dates debt was incurred  01/05/2018

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | ONE JET, INC. |
|---|---|
| | Name |

Case number (if known) 18-24070-GLT

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.197** Nonpriority creditor's name and mailing address

Pittsburgh International Airport – PFC
1000 Airport Boulevard
Pittsburgh, PA 15231

$ -519.14

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.198** Nonpriority creditor's name and mailing address

Pittsburgh International Airport
1000 Airport Boulevard
Pittsburgh, PA 15231

$ 763,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.199** Nonpriority creditor's name and mailing address

Poblocki Sign Compay LLC
201 Kitty Hawk Drive
Morrisville, NC 27560

$ 7,110.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.200** Nonpriority creditor's name and mailing address

Pomroys Leasing
1700 Somerset Avenue
Windber PA 15963

$ 150,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.201** Nonpriority creditor's name and mailing address

Prime Flight Aviation Services
2 National Plaza
Philadelphia, PA 19113

$ 41,061.83

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | ONE JET, INC. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)*  18-24070-GLT |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 158,944.26 |

Prior Aviation Services, Inc.
50 N. Airport Drive
Buffalo, NY 14225

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 3,290.15 |

Push Seven Inc
100 First Avenue
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 3,204.30 |

PVD - Green International Airport – PFC
2000 Post Road
Warwick, RI 02886

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 35,887.87 |

QuickFlight Inc
2 Air Cargo Parkway E
Swanton, OH 43558

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 2,800.00 |

RBX Media
4100 Regent Street, Suite M
Columbus, OH 43219

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   ONE JET, INC.
_____
Name

Case number *(if known)* 18-24070-GLT
_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.207** Nonpriority creditor's name and mailing address

Rea Holdings LP
Donald Rea, 600 River Avenue, 3rd Floor
Pittsburgh PA 15212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Loan

$ 150,000.00

Date or dates debt was incurred   06/07/2018

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

Redevelopment Authority of Allegheny County
1 Chatham Square
Pittsburgh, PA 15219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

$ 33,908.21

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address

Redevelopment Authority of Allegheny County
1 Chatham Square
Pittsburgh, PA 15219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

$ 500,000.00

Date or dates debt was incurred   04/12/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

Redevelopment Authority of Allegheny County
1 Chatham Square
Pittsburgh, PA 15219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

$ 1,000,000.00

Date or dates debt was incurred   04/13/2017

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

Richmond International Airport – PFC
1 Richard E. Byrd Terminal Drive
Richmond, VA 23250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Payable

$ -33.81

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____ONE JET, INC._____   Case number (if known)___18-24070-GLT___
      Name

| **Part 2:** | **Additional Page** |

| | Amount of claim |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

3.212 Nonpriority creditor's name and mailing address

Rohr, Jim

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: $ 150,000.00

---

3.213 Nonpriority creditor's name and mailing address

Rosen, Susan

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred   03/27/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: $ 75,000.00

---

3.214 Nonpriority creditor's name and mailing address

Ross, Andrew

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred   02/28/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: $ 150,000.00

---

3.215 Nonpriority creditor's name and mailing address

Ross, James

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred   01/19/2018

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: 150,000.00

---

3.216 Nonpriority creditor's name and mailing address

Ross, Steve

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: 150,000.00

---

Case 18-24070-GLT    Doc 60    Filed 12/13/18    Entered 12/13/18 13:50:59    Desc Main
Document    Page 61 of 92

ONE JET, INC.
Debtor
Name
Case number (if known)    18-24070-GLT

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.217 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $75,485.09 |

### 3.217 Nonpriority creditor's name and mailing address

SABRE GLBL Inc.
3150 Sabre Drive
Suite 8502
Southlake, TX 76092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 75,485.09

Basis for the claim:    Trade Payable

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

### 3.218 Nonpriority creditor's name and mailing address

Sacco, James
900 Art Rooney Avenue
Pittsburgh, PA 15212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00

Basis for the claim:    Loan

Date or dates debt was incurred    04/18/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

### 3.219 Nonpriority creditor's name and mailing address

Scalise, Gary

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,000.00

Basis for the claim:    Loan

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

### 3.220 Nonpriority creditor's name and mailing address

Scott L. White Amended & Restated
Revocable Trust (U/A DTD 11/16/2015)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

Basis for the claim:    Loan

Date or dates debt was incurred    12/12/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

### 3.221 Nonpriority creditor's name and mailing address

Shaffer, Douglas & Randy Lueth
106 Nevin Drive
McMurray, PA 15317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

Basis for the claim:    Loan

Date or dates debt was incurred    05/09/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| | |
|---|---|
| ONE JET, INC. | 18-24070-GLT |
| Debtor | Case number *(if known)* |
| Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** Nonpriority creditor's name and mailing address

Shelby Financial Corporation
242 North Michigan Avenue
Shelby, MI 49455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,564.63

---

**3.223** Nonpriority creditor's name and mailing address

Shilling, Jack

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  05/04/2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.224** Nonpriority creditor's name and mailing address

Siegfried, Willis

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  11/14/2017
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

**3.225** Nonpriority creditor's name and mailing address

SITA USA Inc.
3100 Cumberland Boulevard, Suite 900
Atlanta, GA 30339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 30.00

---

**3.226** Nonpriority creditor's name and mailing address

Smith, David
202 Maid Marion Lane
McMurray, PA  15317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Date or dates debt was incurred  04/02/2018
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 150,000.00

---

| Debtor | ONE JET, INC. | | Case number (if known) | 18-24070-GLT |
|--------|----------------|--|------------------------|--------------|
| | Name | | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.227 Nonpriority creditor's name and mailing address**

Smith, Steven
505 Washington Avenue
Pittsburgh, PA 15106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Loan

Date or dates debt was incurred    05/11/2018

Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 150,000.00

---

**3.228 Nonpriority creditor's name and mailing address**

Snyder, Daniel
3780 Coventry Lane
Boca Raton, FL 33496

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Date or dates debt was incurred    04/12/2018

Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 150,000.00

---

**3.229 Nonpriority creditor's name and mailing address**

Standard Parking – BDL
1 Schoephoester Road
Windsor Locks, Connecticut 060906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payment

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 275.00

---

**3.230 Nonpriority creditor's name and mailing address**

Standard Parking – BUF
237 Main Street
Downtown Buffalo, NY 14203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payment

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,100.00

---

**3.231 Nonpriority creditor's name and mailing address**

Teterboro Airport
111 Industrial Avenue
Teterboro, NJ 07608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payment

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 928.07

---

| Debtor | ONE JET, INC. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.232** Nonpriority creditor's name and mailing address

Thomas, Derek

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 150,000.00

Basis for the claim:   Loan

Date or dates debt was incurred    02/07/2018

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.233** Nonpriority creditor's name and mailing address

Thorpe, Matthew

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim:   Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.234** Nonpriority creditor's name and mailing address

Timberline GSE
1680 UT-118
Richfield, UT 84701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ -.01

Basis for the claim:   Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.235** Nonpriority creditor's name and mailing address

Travel Management

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67,998.00

Basis for the claim:   Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.236** Nonpriority creditor's name and mailing address

Travelport LLC
760 Doug Davis Drive #B
Atlanta, GA 30354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,196.23

Basis for the claim:   Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

ONE JET, INC.

| Debtor | | |
|---|---|---|
| | Name | Case number (if known)  18-24070-GLT |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** Nonpriority creditor's name and mailing address

TSA Security Fees

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 349,603.39

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.238** Nonpriority creditor's name and mailing address

U.S. Treasury Department
1000 Liberty Avenue, #1507
Pittsburgh, PA 15222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 777,232.72

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.239** Nonpriority creditor's name and mailing address

Ultimate Jetcharters LLC CANFIELD, OH
6061 West Airport Drive
North Canton, OH 44720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ .39

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.240** Nonpriority creditor's name and mailing address

Ultra Electronics Airport Systems, Inc.
Building 3, Suites A&B U.S.A.
1920 NW Copper Oaks Circle
Blue Springs, MO 64015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00

Basis for the claim:  Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.241** Nonpriority creditor's name and mailing address

UPS World Headquarters
55 Glenlake Parkway NE
Atlanta, GA 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17.00

Basis for the claim:   Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

ONE JET, INC.

Debtor _____
Name

Case number *(if known)* 18-24070-GLT _____

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 150,000.00 |
|---|---|---|---|

Urish Popeck & Company
Three Gateway Center Ste 2400,
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred    12/06/2017

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,500,000.00 |
|---|---|---|---|

Vesper Capital
404 Shipwrighter Way
Lansdale, PA 19446

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 150,000.00 |
|---|---|---|---|

Viking Reinsurance Company

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    11/20/2017

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ |
|---|---|---|---|

White, Danny

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 398,011.48 |
|---|---|---|---|

World Fuel Services
444 Brickell Avenue, Suite 950
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    ONE JET, INC.
_____
Name

Case number (if known)___18-24070-GLT_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.247** Nonpriority creditor's name and mailing address

PrimeAir Venture Partners
1100 Larkspur Landing Circle, Suite 108
Larkspur, CA 94939

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$10,037,454.00

$_____

Basis for the claim:    Loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.248** Nonpriority creditor's name and mailing address

City Ventures

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

525,000.00

$_____

Loan
Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

ONE JET, INC.                                                                    18-24070-GLT

Debtor _____    Case number (if known) _____

Name _____

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  ONE JET, INC.
_____
Name

Case number (if known)  18-24070-GLT

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

4.___
Line ____
☐ Not listed. Explain _____
___ ___ ___ ___

ONE JET, INC.                                                              18-24070-GLT

Debtor _____          Case number (if known)_____
                    Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. Total claims from Part 1 | 5a. | $ _____0.00_____ |
| 5b. Total claims from Part 2 | 5b. + | $ __42,440,114.32__ |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ __42,440,114.32__ |

**Fill in this information to identify the case:**

Debtor name __ONE JET, INC.__

United States Bankruptcy Court for the: __Western__ District of __PA__
(State)

Case number (If known): __18-24070-GLT__    Chapter __7__

FILED

2018 DEC 13 A 9: 54
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: ONE JET, INC.

United States Bankruptcy Court for the: _____ Western District of PA
_____ (State)

Case number (If known): 18-24070-GLT

**FILED**

2018 DEC 13 A 9:54

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City _____ State ___ ZIP Code ___ | | |
| 2.2 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City _____ State ___ ZIP Code ___ | | |
| 2.3 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City _____ State ___ ZIP Code ___ | | |
| 2.4 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City _____ State ___ ZIP Code ___ | | |
| 2.5 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City _____ State ___ ZIP Code ___ | | |
| 2.6 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City _____ State ___ ZIP Code ___ | | |

**Fill in this information to identify the case:**

Debtor name  ONE JET, INC.

United States Bankruptcy Court for the: _____ Western _____ District of __ PA __
                                                                                 (State)

Case number (If known):  18-24070-GLT _____

**FILED**

2018 DEC 13  A 9 54

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 5,672,141 |
| **For prior year:** | From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY      MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 7,541,829 |
| **For the year before that:** | From 01/01/2016 to 12/31/2016<br>MM / DD / YYYY      MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 2,160,253 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |

|  | One Jet, Inc. |  | 18-24070-GLT |
|---|---|---|---|
| Debtor | Name |  | Case number (if known) |

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None  ☒ X - See attached Schedule 2(3).

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | Check all that apply |
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City              State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City              State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Matthew Maguire | 10/17-10/18 | $368,394 | Salary |
| | Insider's name | | | |
| | 1100 Larkspur Landing Circle | | | |
| | Street Suite 108 | | | |
| | Larkspur, CA 94939 | | | |
| | City              State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | CEO | | | |
| 4.2. | Matthew Maguire | 10/17-10/18 | $523,832 | Expense reimbursements |
| | Insider's name | | | |
| | 1100 Larkspur Landing Circle | | | |
| | Street Suite 108 | | | |
| | Larkspur, CA 94939 | | | |
| | City              State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | CEO | | | |

Debtor    One Jet, Inc.
_____
Name

Case number (if known)___18-24070-GLT_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City    State    ZIP Code | | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Allegheny Co. Airport Authority | Alleged incentive recoupment | Court of Common Pleas - Allegh. <br> Name <br> 700 City-County Building <br> Street <br> 414 Grant Street <br> Pittsburgh, PA 15219 <br> City    State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> GD-18-010368 | | | |
| 7.2. Case title | | Court or agency's name and address <br> Name <br> Street <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | | | |

Debtor    One Jet, Inc.
_____    Case number (if known) 18-24070-GLT
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City          State     ZIP Code | **Case number** | Street |
| | | City          State     ZIP Code |
| | **Date of order or assignment** | |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

| Debtor | One Jet, Inc. | | 18-24070-GLT |
|---|---|---|---|
| | Name | | Case number (*if known*) |

---

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

| Debtor | One Jet, Inc. | Case number (*if known*) | 18-24070-GLT |
| | Name | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | | | |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 1325 Avenue of the Americas Street | From June 2015 | To July 2018 |
| | 28th Floor | | |
| | New York, NY 10019 City            State        ZIP Code | | |
| 14.2. | 245 First Street Street | From 2012 | To June 2015 |
| | Cambridge, MA 02142 City            State        ZIP Code | | |

| Debtor | One Jet, Inc. | Case number (if known) | 18-24070-GLT |
|--------|---------------|------------------------|--------------|
|        | Name          |                        |              |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

15.1.

Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City        State        ZIP Code

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

15.2.

Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City        State        ZIP Code

☐ Electronically
☐ Paper

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan

Employer identification number of the plan

EIN: __ __ - __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

| Debtor | One Jet, Inc. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Union Bank<br>Name<br>350 California Street<br>Street<br>San Francisco, CA 94104<br>City      State      ZIP Code | XXXX– 5 4 3 5 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Oct. 25, 2018 | $ 0.00 |
| 18.2. | Name<br>Street<br>City      State      ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City      State      ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City      State      ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

| Debtor | One Jet, Inc. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| _____ | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    One Jet, Inc.
_____
Name

Case number *(if known)* ___18-24070-GLT___

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Purchased plane Aug. 3,<br>2018 - 481TM. 2008<br>Street<br><br>City    State    ZIP Code | Sold to Contour Aviation -<br>$1,033,917   Countour Address:<br>808 Blue Angel Way<br><br>Smyrna, TN 37167 | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>Aug. 3, 2018<br>From _____  To ___ Aug. 31., 2018 |
| 25.2. | Business name and address<br>Name<br>Street<br><br>City    State    ZIP Code | Describe the nature of the business | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Business name and address<br>Name<br>Street<br><br>City    State    ZIP Code | Describe the nature of the business | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |

---

Debtor   One Jet, Inc.
_____
Name

18-24070-GLT
Case number (if known) _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❏ None

| Name and address | Dates of service |
|---|---|

26a.1.
E. Noble & Associates
Name
409 Springhill Dr.
Street
Hurst, TX 76054

City _____ State _____ ZIP Code

From __2015__ To __present__

26a.2.
_____
Name
_____
Street
_____
City _____ State _____ ZIP Code

From _____ To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❏ None

| Name and address | Dates of service |
|---|---|

26b.1.
E. Noble & Associates
Name
409 Springhill Dr.
Street
Hurst, TX 76054

City _____ State _____ ZIP Code

From __2015__ To __present__

26b.2.
_____
Name
_____
Street
_____
City _____ State _____ ZIP Code

From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❏ None

Name and address | If any books of account and records are unavailable, explain why

26c.1.
E. Noble & Associates
Name
409 Springhill Dr.
Street
Hurst, TX 76054

City _____ State _____ ZIP Code

---

Debtor    One Jet, Inc.                                              Case number (if known)    18-24070-GLT
          _____                                 _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Matthew McDaniel
          Name
          1044 Greenfield Drive
          Street
          Canonsburg, PA 15317
          City                        State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Boustead Securities and those individuals identified on
          Name   Schedule 26(d).

          Street  6 Venture Suite 265

          City  Irvine, CA 92618                State        ZIP Code

**Name and address**

26d.2.
          Name

          Street

          City                        State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.
          Name

          Street

          City                        State    ZIP Code

Debtor    One Jet, Inc.    Case number (if known) 18-24070-GLT
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
Name _____

Street _____

_____
City                                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Maguire | 1100 Larkspur Landing Circle | CEO | 100% |
| | Suite 108 | | |
| | Larkspur, CA 94939 | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| Matthew Maguire | $368,394 | 10/17-10/18 | Salary |
| 30.1. 1100 Larkspur Landing Circle | | | |
| Name Suite 108 | | | |
| Street Larkspur, CA 94939 | | | |
| | | | |
| City                      State        ZIP Code | | | |
| Relationship to debtor | | | |
| CEO | | | |

| Debtor | One Jet, Inc. | Case number (if known) | 18-24070-GLT |
|---|---|---|---|
| | Name | | |

**Name and address of recipient**

| 30.2 | Matthew Maguire | $523,832 | 10/17-10/18 | Expense Reimbursement |
|---|---|---|---|---|
| | Name | | | |
| | 1100 Larkspur Landing Circle | | | |
| | Street | | | |
| | Suite 108 | | | |
| | Larkspur, CA 94939 | | | |
| | City                State           ZIP Code | | | |

**Relationship to debtor**

CEO

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/2018
              MM / DD / YYYY

✗ _____          Printed name   Matthew Maguire
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes  See Schedule 2(3) and 26(d)

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | SCHEDULE 2(3) | Payments Made Within 90 Days of Petition Date | | | |
| 2 | Date | Recipient | Amount | Reason | Address |
| 3 | 8/17/18 | ADP Custodial Payroll Account | $ 237.89 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 4 | 8/17/18 | ADP Payroll Custodial Account | $ 28,780.72 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 5 | 8/24/18 | ADP Payroll Custodial Account | $ 63,480.62 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 6 | 8/31/18 | ADP Payroll Custodial Account | $ 26,807.69 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 7 | 9/6/18 | ADP Payroll Custodial Account | $ 56,047.35 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 8 | 8/9/18 | ADP Tax Service | $ 37,767.00 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 9 | 7/26/18 | ADP TotalSource, Inc. | $ 60.73 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 10 | 9/13/18 | ADP TotalSource, Inc. | $ 96.10 | Suppplier or Vendor | 100 Commerce Drive, Pittsburgh, PA 19034 |
| 11 | 8/13/18 | Airlines Reporting Corporation | $ 20,000.00 | Suppplier or Vendor | 3000 Wilson Boulevard, Suite 300, Arlington, VA 22201 |
| 12 | 8/17/18 | Alan Palguta | $ 654.00 | Suppplier or Vendor | |
| 13 | 7/24/18 | Allegheny County Airport Authority | $ 10,598.76 | Suppplier or Vendor | 12 Allegheny County Airport, West Mifflin, PA 15122 |
| 14 | 7/30/18 | Allegheny County Airport Authority | $ 95,200.00 | Suppplier or Vendor | 12 Allegheny County Airport, West Mifflin, PA 15122 |
| 15 | 8/22/18 | Allegheny County Airport Authority | $ 85,946.56 | Suppplier or Vendor | 12 Allegheny County Airport, West Mifflin, PA 15122 |
| 16 | 8/31/18 | Anvry Solutions LLC | $ 15,480.02 | Suppplier or Vendor | 2401 Carlisle Ave, Colleyville, TX 76034 |
| 17 | 7/26/18 | Aron Handler | $ 15,000.00 | Suppplier or Vendor | |
| 18 | 7/20/18 | Atlantic Aviation | $ 7,864.91 | Suppplier or Vendor | 300 Horizon Dr, Moon, PA 15108 |
| 19 | 8/14/18 | Atlantic Aviation | $ 7,864.91 | Suppplier or Vendor | 300 Horizon Dr, Moon, PA 15108 |
| 20 | 9/10/18 | Bank of the Ozarks | $ 16,283.85 | Suppplier or Vendor | PO Box 8811, Little Rock, AR 72231 |
| 21 | 7/20/18 | Bill.com | $ 2,000.00 | Suppplier or Vendor | 1810 Embarcadero Road,Palo Alto, CA 94303 |
| 22 | 8/2/18 | Bill.com | $ 530.00 | Suppplier or Vendor | 1810 Embarcadero Road,Palo Alto, CA 94303 |
| 23 | 9/13/18 | Brendan McCormick | $ 534.09 | Suppplier or Vendor | |
| 24 | 9/13/18 | Brendan McCormick | $ 3,500.00 | Suppplier or Vendor | |
| 25 | 7/27/18 | CFM | $ 50,000.00 | Suppplier or Vendor | CFM International, One Neumann Way, Cincinnati OH 45215 |
| 26 | 7/31/18 | CFM | $ 50,000.00 | Suppplier or Vendor | CFM International, One Neumann Way, Cincinnati OH 45215 |
| 27 | 8/17/18 | Constant Aviation, LLC. | $ 4,450.00 | Suppplier or Vendor | 409 SPRINGHILL DR HURST, TX 76054 |
| 28 | 7/26/18 | E Noble and Associates | $ 2,100.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 29 | 7/30/18 | E Noble and Associates | $ 2,000.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 30 | 8/6/18 | E Noble and Associates | $ 2,050.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 31 | 8/13/18 | E Noble and Associates | $ 2,020.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 32 | 8/21/18 | E Noble and Associates | $ 2,020.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 33 | 8/27/18 | E Noble and Associates | $ 2,020.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 34 | 9/4/18 | E Noble and Associates | $ 2,020.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 35 | 9/10/18 | E Noble and Associates | $ 2,020.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 36 | 9/17/18 | E Noble and Associates | $ 2,020.00 | Accounting services | 409 SPRINGHILL DR HURST, TX 76054 |
| 37 | 7/27/18 | Edwin J Bognar Jr. | $ 9,375.00 | Suppplier or Vendor | |
| 38 | 8/17/18 | First Clearing, LLC. | $ 1,816.75 | Suppplier or Vendor | 1 North Jefferson, St. Louis, Missouri 63103 |
| 39 | 8/1/18 | Indianapolis Airport Authority | $ 32,757.00 | Suppplier or Vendor | 7800 Col. H. Weir Cook Memorial Dr, Indianapolis, IN 46241 |
| 40 | 7/31/18 | IPFSMTACO CCD | $ 13,635.85 | Suppplier or Vendor | |
| 41 | 8/2/18 | James A Rudolf and Louisa F Rudolph | $ 11,050.57 | Suppplier or Vendor | |
| 42 | 9/4/18 | Jet Support Services | $ 148,006.32 | Suppplier or Vendor | 180 N Stetson Ave, Chicago, IL 60601 |
| 43 | 7/31/18 | Keith D. Kronk | $ 3,493.75 | Suppplier or Vendor | |
| 44 | 7/24/18 | Level One Bank | $ 2,654.51 | Suppplier or Vendor | PO Box 75040, Chicago, IL 60675 |
| 45 | 7/24/18 | Level One Bank | $ 38,870.69 | Suppplier or Vendor | PO Box 75040, Chicago, IL 60675 |
| 46 | 8/1/18 | Level One Bank | $ 1,690.66 | Suppplier or Vendor | PO Box 75040, Chicago, IL 60675 |
| 47 | 8/9/18 | Level One Bank | $ 1,846.64 | Suppplier or Vendor | PO Box 75040, Chicago, IL 60675 |
| 48 | 8/22/18 | Level One Bank | $ 2,513.76 | Suppplier or Vendor | PO Box 75040, Chicago, IL 60675 |
| 49 | 8/27/18 | Level One Bank | $ 982.12 | Suppplier or Vendor | PO Box 75040, Chicago, IL 60675 |
| 50 | 8/2/18 | Matt McDaniel | $ 15,550.00 | Accounting services | 1044 Greenfield Drive, Canonsburg, PA 15317 |
| 51 | 9/14/18 | Matt McDaniel | $ 3,800.00 | Accounting services | 1044 Greenfield Drive, Canonsburg, PA 15317 |
| 52 | 8/21/18 | Maureva | $ 9,500.00 | Suppplier or Vendor | 3rd Floor Orange Tower, 72201, Ebene Cybercity, Mauritius |
| 53 | 8/6/18 | Merrill Lynch | $ 3,493.75 | Suppplier or Vendor | 601 LEXINGTON AVENUE, NY, NY 10022 |
| 54 | 9/13/18 | Michael Lee | $ 87.79 | Suppplier or Vendor | |
| 55 | 9/13/18 | Michael Lee | $ 1,750.00 | Suppplier or Vendor | |
| 56 | 8/13/18 | MIS Choice, Inc. | $ 20,000.00 | Suppplier or Vendor | 300 N Martingale Rd #250, Schaumburg, IL 60173 |
| 57 | 9/4/18 | PA Department of Community | $ 4,887.18 | Suppplier or Vendor | Commonwealth Keystone Building,400 North Street, 4th Floor Harrisburg, PA 17120 |
| 58 | 8/1/18 | Quickflight | $ 13,075.00 | Suppplier or Vendor | 2 Air Cargo Pkwy E, Swanton, OH 43558 |
| 59 | 8/17/18 | Quickflight | $ 16,406.20 | Suppplier or Vendor | 2 Air Cargo Pkwy E, Swanton, OH 43558 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 60 | 8/20/18 | Redevelopment Authority of Allegeny County | $    5,243.40 | Suppplier or Vendor | One Chatham Center, Suite 900, 112 Washington Place Pittsburgh PA 15219 |
| 61 | 8/20/18 | Redevelopment Authority of Allegeny County | $   29,785.13 | Suppplier or Vendor | One Chatham Center, Suite 900, 112 Washington Place Pittsburgh PA 15219 |
| 62 | 8/9/18 | Regus Management Group | $    9,998.37 | Suppplier or Vendor | |
| 63 | 7/31/18 | Seabury Corporate Finace, LLC | $   17,500.00 | Suppplier or Vendor | 1350 Avenue of the Americas, 31st Fl., NY, NY 10019 |
| 64 | 8/13/18 | Seabury Corporate Finace, LLC | $   37,500.00 | Suppplier or Vendor | 1350 Avenue of the Americas, 31st Fl., NY, NY 10019 |
| 65 | 9/19/18 | Timothy Roberts | $    3,101.69 | Suppplier or Vendor | |
| 66 | 7/20/18 | Travelport | $   12,500.00 | Suppplier or Vendor | 1405 S. Fern St., 197, Arlingon, VA 22202 |
| 67 | 7/27/18 | Travelport | $   12,500.00 | Suppplier or Vendor | 1405 S. Fern St., 197, Arlingon, VA 22202 |
| 68 | 7/25/18 | Ultimate Jet Charters | $   14,484.60 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 69 | 7/26/18 | Ultimate Jet Charters | $   25,631.00 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 70 | 7/27/18 | Ultimate Jet Charters | $   10,545.53 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 71 | 8/9/18 | Ultimate Jet Charters | $  525,334.00 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 72 | 8/10/18 | Ultimate Jet Charters | $   14,484.46 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 73 | 8/17/18 | Ultimate Jet Charters | $  125,000.00 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 74 | 8/22/18 | Ultimate Jet Charters | $  125,000.00 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 75 | 8/27/18 | Ultimate Jet Charters | $   62,500.00 | Suppplier or Vendor | 6060 W Airport Dr, North Canton, OH 44720 |
| 76 | 8/15/18 | World Fuel Europe, LTD. | $   39,365.76 | Suppplier or Vendor | 15 N Main St, Manteno, IL 60950 |
| 77 | 8/27/18 | World Fuel Europe, LTD. | $    5,000.00 | Suppplier or Vendor | 15 N Main St, Manteno, IL 60950 |
| 78 | 8/6/18 | World Fuel Services | $   43,184.00 | Suppplier or Vendor | 15 N Main St, Manteno, IL 60950 |
| 79 | 7/24/18 | XO Jet | $   14,138.00 | Suppplier or Vendor | 2000 Sierra Point Parkway Brisbane, CA 94005 |
| 80 | 8/6/18 | XO Jet | $   24,300.00 | Suppplier or Vendor | 2000 Sierra Point Parkway Brisbane, CA 94005 |
| 81 | | TOTAL | $ 2,131,794.68 | | |

**SCHEDULE 26D**

| | | | |
|---|---|---|---|
| | Constantakis, Nicholas P. & Veronica J. | BOUSTEAD GROUP | 4660 Vitullo Drive Allison Park, PA  15101 |
| | Liken, James | BOUSTEAD GROUP | 5 Deer Spring Lane Pittsburgh, PA  15238 |
| | Blair Oak Investments, LP | BOUSTEAD GROUP | Blair Oak Investments, LP C/O Thomas D. Wright, Jr. 1121 Boyce Road, Suite 400 Pittsburgh, PA  15241 |
| | Pietrandrea, Robert | BOUSTEAD GROUP | 2540 Longmont Drive Wexford, PA  15090 |
| | Auray, Jr., Robert & Marion | BOUSTEAD GROUP | 610 Berkshire Drive Pittsburgh, PA  15215 |

| | | | |
|---|---|---|---|
| | Browne James ,<br>Haynes Brandon &<br>Kuhn Jonathan (tenants in common) | BOUSTEAD GROUP | James J. Browne<br>36 Newgate Road<br>Pittsburgh, PA  15202<br>Brandon J. Hanynes<br>610 Ciderberry Drive<br>Wexford, PA  15090<br>Jonathan A. Kuhn<br>2843 Indian Spring Lane<br>Allison Park, PA  15101 |
| | Hunt, William | BOUSTEAD GROUP | 5300 Wilkins Avenue<br>Pittsburgh, PA  15217 |
| | Smith, David & Kimmich, Karl, Tenants in Common | BOUSTEAD GROUP | 202 Maid Marion Lane<br>McMurray, PA  15317<br>5636 N. Montour Road<br>Gibsonia, PA  15044 |
| | FlightHawk, LLC | BOUSTEAD GROUP | John H. Tippins<br>Stonewood Captial<br>Management, Inc.<br>209 4th Avenue<br>Pittsburgh, PA  15222 |

| | | | |
|---|---|---|---|
| | Snyder, Daniel (wife and children are shareholders) | BOUSTEAD GROUP | 3780 Coventry Lane<br>Boca Raton, FL 33496 |
| | Chip Ganassi Racing Teams, LLC | BOUSTEAD GROUP | Scott Mays<br>7777Woodland Drive<br>Indianapolis, IN  46278 |
| | James A Rudolph Family LP NO 2 | BOUSTEAD GROUP | James A. Rudolph<br>McKnight Capital Partners<br>310 Grant Street, Suite 2500<br>Pittsburgh, PA  15219 |
| | Rea Holdings LP | BOUSTEAD GROUP | Donald Rea<br>Liberty Tire<br>600 River Avenue, 3rd Floor<br>Pittsburgh, PA  15212 |
| | Johnson, James & Johnson, Matthew (Tenants in Common) | BOUSTEAD GROUP | Russel Standard Corp.<br>285 Kappa Drive, Suite 300<br>Pittsburgh, PA  15238 |
| | Lewis, Michael | BOUSTEAD GROUP | 5043 Atla Vista Drive<br>Clairton, PA  15025 |

| | Lucas Systems, Inc. (Rick Brown) | BOUSTEAD GROUP | 11279 Perry Highway, Suite 400 Wexford, PA 15090 |