Case 18-24070-GLT    Doc 289    Filed 12/02/19    Entered 12/02/19 16:07:19    Desc Main
Document    Page 1 of 2

FILED
12/2/19 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ONEJET, INC.,<br><br>                Debtor.<br><br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br><br>                Movant,<br><br>COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT and REDEVELOPMENT AUTHORITY OF ALLEGHENY COUNTY,<br><br>                Respondents. | Bankruptcy No. 18-24070-GLT<br><br>Chapter 7<br><br>Related Dkt. Nos. 222 and 288<br><br><br><br>Hearing: February 20, 2020 at 10:30 a.m. |

## **MODIFIED ORDER**

AND NOW, this   2nd   day of   December,   2019, upon consideration of the *Motion for an order continuing the Auction of Substantially all of the Debtor's Intellectual Property and Rescheduling the Sale Confirmation Hearing* [Dkt. No. 288](the "Motion") of Rosemary C. Crawford (the "Trustee"), the chapter 7 trustee for the estate of One Jet, Inc. ("Debtor"), it is hereby ORDERED THAT:

1. The Motion is **GRANTED.**

2. The Auction Sale scheduled to be held at the law firm of Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 for December 03, 2019 at 1:00 p.m., shall be **CONTINUED** to February 07, 2020 at 1:00 p.m.

3. The Sale Confirmation Hearing previously scheduled to be conducted on December 05, 2019 at 10:30 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor

U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, it is hereby

**RESCHEDULED** to **February 20, 2020 at 10:30 a.m.**

Honorable Gregory L. Taddonio
United States Bankruptcy Court

Movant shall serve a copy of this Order on the respondents, their counsel, parties in interest, the Trustee, and the US trustee. Movant shall file a Certificate of Service within (3) business days.

Case Administrator to serve:  Kirk B. Burkley, Esq.