IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>ONEJET, INC.,<br><br>Debtor.<br><br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br><br>Movant,<br><br>NO RESPONDENT. | Bankruptcy No. 18-24070-GLT<br><br>Chapter 7<br><br>Related Doc. Nos.: 247,266,289 |
|---|---|

**AMENDED NOTICE OF (I) SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S INTELLECTUAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTEREST; (II) AUCTION; AND <u>(III) SALE CONFIRMATION HEARING</u>**

To: Respondents and all Creditors and Parties in Interest of the above named Debtor:

PLEASE TAKE NOTICE IS OF THE FOLLOWING

1.  Rosemary C. Crawford (the "<u>Trustee</u>"), the chapter 7 trustee for the estate of OneJet, Inc. (the "<u>Debtor</u>"), has filed a *Motion Entry of an Order (I) Approving Sale of Substantially All of the Debtor's Intellectual Property Free and Clear of Liens, Claims and Encumbrances and (II) Granting Related Relief* ("<u>Sale Motion</u>") seeking, authority to sell substantially all of the Debtor's intellectual property free and clear of all liens, claims, encumbrances, and interest (the "<u>Sale</u>") for the following intellectual property (collectively, the "<u>IP Assets</u>"):

| Publication Number | Title | International Patent Classification |
|---|---|---|
| CA2798849C | Systems, methods, and machine-readable storage media for interfacing with a computer flight system | G06Q50/00 |
| US8589193 | Systems, methods, and machine-readable storage media for interfacing with a computer flight system | G06Q50/00 \| G06Q10/00 |
| US8452625 | Systems, methods, and machine-readable storage media for | G06Q10/00 \| G06Q50/00 |

|  | interfacing with a computer flight system |  |
|---|---|---|
| US20130238374A1 | Systems, Methods, and Machine-Readable Storage Media for Interfacing with a Computer Flight System | G06Q10/02 |
| EP2569752A2 | Systems, Methods, and Machine-Readable Storage Media for Interfacing with a Computer Flight System | G06Q50/00 |
| US20120035965A1 | Systems, Methods, and Machine-Readable Storage Media for Interfacing with a Computer Flight System | G06Q10/02 |
| CA2798849A1 | Systems, Methods, and Machine-Readable Storage Media for Interfacing with a Computer Flight System | G06Q50/00 |
| EP2569752A4 | Systems, Methods, and Machine-Readable Storage Media for Interfacing with a Computer Flight System | G06Q50/00 |
| US20120035966A1 | Systems, Methods, and Machine-Readable Storage Media for Interfacing with a Computer Flight System | G06Q10/02 |

2.  Contemporaneous to the Sale Motion, the Trustee filed a *Motion for Entry of an Order Approving (I) Bidding Procedures for the Sale of Substantially All IP Assets and (II) Form and Manner of Sale Notice* (the "Bid Procedures Motion") for the approval of certain procedures ("Bid Procedures") for the solicitation of bids with respect to the Sale.

3.  A hearing on the Bid Procedures Motion was held before the Bankruptcy Court on August 29, 2019, and thereafter the Bankruptcy Court entered an order, among other things, approving the Bid Procedures Motion [Docket No. 247] (the "Bid Procedures Order"). The Bid Procedures Order established the Bid Procedures that govern the manner in which the IP Assets are to be sold. All bids must comply with the Bid Procedures and be submitted so as to be received not later than 4:00 p.m. (prevailing Eastern Time) on January 31, 2020.

4.  Pursuant to the Bid Procedures and the Modified Order [Docket No. 289], each Qualified Bidder (as defined in the Bid Procedures) shall be invited to participate in an auction (the "Auction Sale") at the law firm of Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219, which shall commence at 1:00 p.m. (prevailing Eastern Time) on February 07, 2020. Any party interested in submitting a competing bid shall contact Sherwood Partners, Inc., Attn: Peter Hartheimer, 3945 Freedom Circle, Suite 560, Santa Clara, CA 95054 (email: p.hartheimer@sherwoodpartners.com).

5.  Sale Confirmation Hearing is currently is scheduled to be conducted on February 20,2020 at 10:30 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel

Tower, 600 Grant Street, Pittsburgh, PA 15219, to consider the confirmation of the Sale to the Successful Bidder (as defined in the Bid Procedures) or any higher and better offer by a Qualified Bidder. The Sale Confirmation Hearing may be adjourned or rescheduled from time to time upon court approval.

6. **OBJECTIONS TO ANY RELIEF REQUESTED IN THE SALE MOTION, INCLUDING TRUSTEE'S REQUEST TO APPROVE THE SALE OF THE IP ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS TO THE SUCCESSFUL BIDDER (EACH, AN "OBJECTION"), MUST BE MADE IN WRITING, FILED, AND SERVED SO AS TO BE ACTUALLY RECEIVED BY 4:00 P.M. (PREVAILING EASTERN TIME) ON FEBRUARY 14, 2020 (THE "OBJECTION DEADLINE").**

7. **ANY OBJECTION MUST BE SERVED IN ACCORDANCE WITH THE PRECEDING PARAGRAPH ON EACH OF THE FOLLOWING PARTIES**: (a) Rosemary C. Crawford, the chapter 7 trustee, P.O. Box 355, Allison Park, PA 15101; (b) counsel to the Trustee, Bernstein-Burkley, P.C., Attn: Kirk B. Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219; and (c) the Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222.

8. The failure of any person or entity to file an Objection on or before the Objection Deadline shall be deemed a consent to the Sale of the IP Assets to the Successful Bidder and the other relief requested in the Sale Motion, and be a bar to the assertion, at the Sale Confirmation Hearing or thereafter, of any objection to the Bid Procedures Motion, the Sale Motion, the Auction Sale, the sale of the IP Assets, the Trustee's consummation and performance of the asset purchase agreement or other agreement with a different Successful Bidder (including in any such case, without limitation, the transfer of the IP Assets free and clear of all liens, claims, encumbrances, and interests).

9. This Notice is subject to the full terms and conditions of the Sale Motion, the Bid Procedures Order, and the Bid Procedures, which shall control in the event of any conflict.

Dated: December 27, 2019            /s/ Kirk B. Burkley
                                    Special Counsel for Trustee

Arrangements for review/due diligence prior
to said Auction Sale may be made with:

Peter Hartheimer                    Kirk B. Burkley
Sherwood Partners, Inc.             Bernstein-Burkley, P.C.
3945 Freedom Circle, Suite 560      707 Grant Street, Suite 2200
Santa Clara, CA 95054               Pittsburgh, PA 15219
p.hartheimer@sherwoodpartners.com   T: (412) 456-8100
                                    F: (412) 456-8135
                                    kburkley@bernsteinlaw.com