FILED
2/25/20 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ONE JET, INC.,<br><br>　　　　　Debtor.<br><br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br><br>　　　　　Movant,<br><br>NO RESPONDENT. | Bankruptcy No. 18-24070-GLT<br><br>Chapter 7<br><br>Related to Dkt. No. 294<br>Hearing: March 5, 2020 at 10:30 a.m. |

**DEFAULT ORDER**

On this 25th day of February 2020, in consideration of *Motion for Order Authorizing Procedures for the Trustee to Sell or Abandon Miscellaneous Assets without further Court Approval* (the "Motion") filed by Rosemary C. Crawford ("Trustee"), the chapter 7 trustee for the estate of One Jet, Inc. (the "Debtor"), and it appearing that the relief requested is in the best interests of Debtor's estate and creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.　　　The Motion is **GRANTED** it is entirety.

2.  The Proposed Miscellaneous Sale and Abandonment Procedures as set forth in the Motion are **APPROVED**.

3.  The Trustee is authorized to sell or abandon any Miscellaneous Assets in accordance to the Proposed Miscellaneous Sale or Abandonment Procedures as set forth in the Motion.

4.  The 14-day stay under Bankruptcy Rule 6004(h) is waived and this terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

5.  The Court retains jurisdiction with respect to all matters arising from or related the implementation of this Order.

Prepared by:  Kirk Burkley, Esq.

**DEFAULT ENTRY**

Dated: February 25, 2020

Gregory L. Taddonio    jah
United States Bankruptcy Judge

Case Administrator to serve:
Kirk Burkley, Esq.