FILED
4/28/20 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ONEJET, INC.,<br><br>      Debtor.<br><br>ROSEMARY C. CRAWFORD,<br>Chapter 7 Trustee,<br><br>      Movant,<br>v.<br>JOHN GORDON,<br><br>      Respondent. | Bankruptcy No. 18-24070-GLT<br><br>Chapter 7<br><br>Related to Dkt. No. 330 |

## MODIFIED DEFAULT ORDER

This matter having come before the Court upon the Trustee's *Motion for Rule 2004 Document Production and Examination of John Gordon,* it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Motion is **GRANTED** in its entirety.

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that Mr. Gordon shall produce all documents within his possession, custody or control that are responsive to the Trustee's Subpoena within ten (10) days of the date of this Order and shall submit to a sworn examination under Rule 2004 within twenty-one (21) days of the date of the entry of this Order. If coronavirus issues or concerns prevent an in-person examination, Mr. Gordon shall submit to a remote videoconference examination.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

Prepared by: John Richardson, Esq.

DEFAULT ENTRY

Dated: April 28, 2020

_____
Gregory L. Taddonio   jah
United States Bankruptcy Judge

Case Administrator to serve:
John Richardson, Esq.