### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-24070-GLT |
| | ) |
| OneJet, Inc., | ) **Chapter** 7 |
| | ) |
| **Debtor.** | ) **Document No.** |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Donald R. Calaiaro and Calaiaro Valencik on behalf of Matthew R. Maguire and the Estate of Patrick J. Maguire in the above-captioned proceeding and it is hereby respectfully requested that all notices be sent on behalf of Matthew R. Maguire and the Estate of Patrick J. Maguire to the above counsel's address.

**Respectfully Submitted,**

**Dated:** September 25, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
dcalaiaro@c-vlaw.com